IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

THE ESTATE OF DENNIS J. MARAN,
BONNIE MARAN, Personal Representative                    PLAINTIFF

       v.              Civil No. 07-3025

CHRISTOPHER D. McCLAIN, WILLIE
J. McCLAIN, JESSICA H. McCLAIN
and JOHN DOES 1-5                                        DEFENDANTS

## O R D E R

Now on this 18th day of December, 2007, comes on for consideration plaintiff's **Motion To File Second Amended Complaint** (document #13), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that plaintiff is granted leave, within ten (10) days, to file its Second Amended Complaint.

**IT IS FURTHER ORDERED** that plaintiff's claims against John Does 1-5 are hereby **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                      /s/ Jimm Larry Hendren
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE