IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

THE ESTATE OF DENNIS J. MARAN,
BONNIE MARAN, Personal Representative                    PLAINTIFF

       v.          Civil No. 07-3025

CHRISTOPHER D. McCLAIN, WILLIE
J. McCLAIN, JESSICA H. McCLAIN,
TINA MATTHEWS and FRANK MATTHEWS,                        DEFENDANTS

## O R D E R

Now on this 10th day of September, 2008, comes on for consideration the **Motion For Voluntary Dismissal Without Prejudice of Frank and Tina Matthews** (document #44), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted,** and plaintiff's claims against separate defendants Tina Matthews and Frank Matthews are hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**

    /s/ Jimm Larry Hendren
    JIMM LARRY HENDREN
    UNITED STATES DISTRICT JUDGE